UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **Eric Aucoin**, <br><br>        Plaintiff, <br><br> vs. <br><br> **Accounts Receivable Management, Inc.,** <br><br>        Defendant. | CA No. 1:14-cv-00334-S-PAS |

## Notice of Dismissal

Pursuant to Rule 41(a)(1)(A)(i) of the federal Rules of Civil Procedure, and no Defendant having filed an answer or a motion for summary judgment, the Plaintiff hereby files this Notice dismissing this matter with prejudice, no cost and no interest.

                                                              Eric Aucoin,
                                                              By counsel,


                                                              /s/ *John T. Longo*
                                                              _____
                                                              John T. Longo, Esq.
                                                              RI Bar #4928, MA BBO #632387
                                                              Citadel Consumer Litigation, P.C.
                                                              996 Smith Street, Suite 101
                                                              Providence, RI 02908
                                                              jtlongo@citadelpc.com
                                                              (401) 383-7550
                                                              Fax (401) 537-9185

                                                              Date:  September 25, 2015

                                                              Citadel File #FD 4006

2

## CERTIFICATE OF SERVICE

      I, John T. Longo, certify that this document, filed through the ECF system on September 25, 2015, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                  */s/ John T. Longo*
                                  John T. Longo